OPINION — AG -(1) THE FINES IMPOSED UNDER 41 O.S. 1978 Supp., 115 [41-115] ARE PENAL IN NATURE AND AS SUCH FINES ARE PAID INTO THE COURT FUND IN THE COUNTY WHICH IMPOSES THE FINE. (2) FAILURE OF A LANDLORD OF PLACE A SECURITY DEPOSIT IN AN ESCROW ACCOUNT, OR THE USE OF THE SECURITY DEPOSIT FOR PURPOSES OTHER THAN THOSE ALLOWED BY THE STATUTE, CONSTITUTES MISAPPROPRIATION. INTENT IS AN ELEMENT OF MISAPPROPRIATION. CITE: 20 O.S. 1971 1301 [20-1301] (LANDLORD AND TENANT) (KAY HARLEY JACOBS)